210 East high street.
General delivery
Lexington, KY, 40507
Edita Baugte 09/22/2020
Editalex@gmail.com
(859) 536 2420

944 medow ln.
lexington KY 40505

Eastern District of Kentucky
FILED
DEC 17 2020
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

My first day at amazon was January 25 2020 I really enjoyed lerning new things, kept to myself. I wasn't interest in gossip nor new relashionships. I was focusing on the job, so i was showing others. i was interest in lerning only. Amazon associate Mike Miller came to my station, yealing, waiving aggressively at me. I feesed for a moment. Then he sprint fast walked away. I took couple breath and walked to find a manager. As soon they done talking i aproche. Maugger told me i have to clear the line when is jamed. At the training i have bin told, only people whit special vest cann do such a job. I nodet and whent back to my station. I took time of of my persanel time. Past couple of weeks. I was at my station working procesing. Mike Miller was bringing totes

Charge Number is 473-2021-00003

to hour stations. He bring wrong tottes to me and walked away.

I was pushing totes to the empty pallet he came at me fast and violently slammed my totes and puled from my heands. i jumped back and away to find a manager. Also Hr. worker gave me peace of papper to wright my story. I took time off my persahal time. My car motor got broken wile at work its new car and its not normal to such a hasard. I took more times off my persanal time off. I was not feeling safe at work. On August 5 i end up at the hospital. And had doc ors documentation saying i was at the hospital. I contacted Hr and they told me i can't have my job back becous such a policy. Though doctor told me its not legal to fire people wile seehing medical help.
Edita Bonyte